IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MICHAEL HENRY SMITH, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL ACTION NO. 09-0654-CG-N |
|  | ) |  |
| BOBBY LEBARRY HILL, et al., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Reports and Recommendation to which objection is made, the Reports and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (Docs. 47 and 53) are **ADOPTED** as the opinions of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction. All other motions are **MOOT**.

**DONE and ORDERED** this 14th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE