## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HENRY SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 09-0654-CG-N |
| BOBBY LEBARRY HILL, et al., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice. No costs are to be taxed.

**DONE and ORDERED** this 14th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE